PER CURIAM.
Lorenzo Smith appeals his conviction on the charge of second-degree murder,[1] arguing that the trial court’s admission of the victim’s dying declaration violated his constitutional rights to confront his accuser[2] and to receive due process of law[3]. This argument is completely devoid of merit. See Conner v. State, 24 F.L.W. S428, - So.2d -, 1999 WL 731664 (Fla.1999); see also Ohio v. Roberts, 448 U.S. 56, 100 S.Ct. 2531, 65 L.Ed.2d 597 (1980).
JUDGMENT and SENTENCE AFFIRMED.
ANTOON, C.J., HARRIS and GRIFFIN, JJ., concur.

. § 782.04(2), Fla. Stat. (1997).

. Art. I, § 16(a), Fla. Const.

.Art. I, § 9, Fla. Const.